USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/20/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LYDELL YANCEY,

                Defendant.

ORDER

24 Cr. 344 (VM)

    WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Ona T. Wang on May 30, 2024;

    WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

    WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

**SO ORDERED:**

Dated: New York, New York
       20 June 2024

_____
Victor Marrero
U.S.D.J.