USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
UNITED STATES OF AMERICA,   :
:
-against-   :
:   24-CR-344
LYDELL YANCEY,   :   ORDER
:
Defendant.   :
:
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 2, 2024, this case was reassigned to the Undersigned;

WHEREAS Mr. Yancey's sentencing was previously scheduled for July 12, 2024;

WHEREAS Probation has informed the Court that the Presentence Investigation and Report will be filed on July 8, 2024; and

WHEREAS the Court needs to adjourn sentencing to either July 19, 2024 or July 31, 2024.

IT IS HEREBY ORDERED that the parties meet and confer and submit a joint letter stating which date is preferred by no later than July 5, 2024. Sentencing submissions will be due ten days prior to the sentencing date.

**SO ORDERED.**

**Date: July 2, 2024**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**