**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/3/24

LISA SCOLARI
Attorney at Law
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
scolarilaw@gmail.com
(212) 227-8899

July 3, 2024

Hon. Valerie E. Caproni
U.S. District Court
40 Center Street
New York, N.Y. 10007
*via ECF*

Re: United States v. Lydell Yancey
24 Cr. 344 (VEC)

Your Honor:

In accord with the Court's July 2, 2024 Order, the parties have conferred and jointly request that the Court schedule Lydell Yancey's sentencing on July 19, 2024.

Respectfully
*Lisa Scolari*
Lisa Scolari

---

Application GRANTED. It is hereby ordered that Mr. Yancey's sentencing is scheduled for July 19, 2024, at 10:30 A.M. in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007. Sentencing submissions are due July 10, 2024.

SO ORDERED.    7/3/24

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE