UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
              -against-                                        :
:                    24-CR-344
LYDELL YANCEY,                                                     :                    ORDER
:
                       Defendant.           :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/24

VALERIE CAPRONI, United States District Judge:

      WHEREAS the defense sentencing submission at 2, Dkt. 27, objects to the Presentence

Report's ("PSR") assessment of three points arising from a 1998 conviction, included in

paragraph 56 of the PSR.

      IT IS HEREBY ORDERED that at the Court's direction, Probation has verified with the

New York State Board of Parole that Mr. Yancey was released from custody on August 8, 2008,

on the final parole violation connected to his September 1998 conviction. Accordingly,

paragraph 56 of the PSR is correct.

SO ORDERED.

Date:  July 16, 2024
       New York, NY

_____
VALERIE CAPRONI
United States District Judge