USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                    :

  UNITED STATES OF AMERICA,         :

                               :

           -against-             :

                               :         24-CR-344

  LYDELL YANCEY,                  :         ORDER

                               :

                  Defendant.     :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Yancey's sentencing was scheduled for July 19, 2024 at 10:30 A.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS HEREBY ORDERED that the sentencing is ADJOURNED to July 19, 2024 at 3:00 P.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:  July 19, 2024**
      **New York, NY**
                                                 **VALERIE CAPRONI**
                                    **United States District Judge**